```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TOUSSAINT DENT,

                        Plaintiff,
                                              No.9:04-CV-1438
                v.                            (Scullin, J.)

MARVIN RABINOWITZ, Dr., Mid-State
Correctional Facility; SUBBARAO RAMINENI,
Health Service Director, Mid-State
Correctional Facility; and LESTER WRIGHT,
COMMISSIONER OF Health Services,

                        Defendants.
_____

APPEARANCES:                         OF COUNSEL:

TOUSSAINT DENT
No.02-A-6252
Plaintiff, Pro se
Mid-State Correctional Facility
Post Office Box 2500
Marcy, New York    13403

HON. ELIOT SPITZER                   SENTA B. SIUDA, ESQ.
Attorney General for the             Assistant Attorney General
  State of New York
Attorney for Defendants
615 Erie Boulevard West
Suite 102
Syracuse, New York   13204-2455

LEGAL AID SOCIETY                    MILTON ZELERMYER, ESQ.
Amicus Curiae                        Staff Attorney
199 Water Street, 6th Floor
New York, New York   10038
```

**FREDERICK J. SCULLIN, JR., C.D.J.:**

### DECISION AND ORDER

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge David R. Homer

filed January 31, 2006, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, and it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge David R. Homer filed January 31, 2006 is **ACCEPTED** in its entirety, for the reasons stated therein; and it is further

**ORDERED**, that defendants' motion to dismiss will be **GRANTED** unless plaintiff files an amended complaint on or before March 1, 2006[1].


Dated: March 3, 2006
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Chief United States District Court Judge

---

[1] The Court notes that plaintiff has in fact filed an amended complaint prior to March 1, 2006.