```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
_____

TOUSSAINT DENT,

                Plaintiff,

                                            No. 04-CV-1438
       v.                                    (FJS/DRH)

MARVIN RABINOWITZ, Dr., Mid-State
Correctional Facility; SUBBARAO RAMINENI,
Health Service Director, Mid-State
Correctional Facility; and LESTER
WRIGHT, Commissioner of Health Services,

                Defendants.
_____

**APPEARANCES:**                                **OF COUNSEL:**

TOUSSAINT DENT
Plaintiff Pro Se
575 East 168th Street
Apartment 5
Bronx, New York   10456


HON. ANDREW M. CUOMO                            SENTA B. SIUDA, ESQ.
Attorney General for the                        Assistant Attorney General
 State of New York
Attorney for Defendants
615 Erie Boulevard West
Suite 102
Syracuse, New York   13204-2455

**FREDERICK J. SCULLIN, JR., Senior Judge**


## DECISION AND ORDER

    The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge David R. Homer filed on January 10, 2007, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no

objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge David R. Homer filed January 10, 2007 is **ACCEPTED** in its entirety, for the reasons stated therein, and it is further

**ORDERED**, that defendants' motion to dismiss is **DENIED**.

**IT IS SO ORDERED.**

DATED: January 31, 2007
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge