```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TOUSSAINT DENT,

                        Plaintiff,
                                              No. 04-CV-1438
              v.                              (FJS/DRH)

MARVIN RABINOWITZ, Dr., Mid-State
Correctional Facility; SUBBARAO RAMINENI,
Health Service Director, Mid-State
Correctional Facility; and LESTER
WRIGHT, Commissioner of Health Services,

                        Defendants.
_____
```

**APPEARANCES:**                        **OF COUNSEL:**

TOUSSAINT DENT
Plaintiff Pro Se
575 East 168th Street
Apartment 5
Bronx, New York   10456


HON. ANDREW M. CUOMO                    SENTA B. SIUDA, ESQ.
Attorney General for the                Assistant Attorney General
 State of New York
Attorney for Defendants
615 Erie Boulevard West
Suite 102
Syracuse, New York   13204-2455

**FREDERICK J. SCULLIN, JR., Senior Judge**

## DECISION AND ORDER

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge David R. Homer filed on December 27, 2007, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no

objections to said Report-Recommendation having been filed, the Court hereby

**ORDERS**, that the Report-Recommendation of Magistrate Judge David R. Homer filed December 27, 2007 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS**, that defendants' motion to dismiss is **GRANTED** and the Court further

**ORDERS**, that this action is **DISMISSED** in its entirety as to all claims and all defendants, and the Court further

**ORDERS**, that the Clerk of the Court is to enter judgment in favor of defendants and **CLOSE** this case.

**IT IS SO ORDERED.**

DATED: January 29, 2008
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge